# EXHIBIT A

```
          **RESTAURANT**
        BAJA FRESH NILES # 243
          5716 W. TOUHY AVENUE
            NILES, IL 60714
            (847) 647-9410
          GM: MILAGROS CRUZ
Date:          Oct26'07 07:02PM
Card Type:     VISA
Acct #:        XXXXXXXXXXXX2460
Exp Date:      Redacted
Auth Code:     087395
Check:         4461
Check ID:      JASON
Server:        1001 Irma C
          JASON A MANDIK

Subtotal:              9.37


TOTAL:_____

SIGN:_____
I AGREE TO PAY THE ABOVE TOTAL
ACCORDING TO MY CARD ISSUER
AGREEMENT.

CUSTOMER COPY
THANK YOU.....COME AGAIN SOON
Your Order#:   61
```