# United States District Court, Northern District of Illinois

| Name of Assigned Judge or Magistrate Judge | Rebecca R. Pallmeyer *RRP* | Sitting Judge if Other than Assigned Judge | |
|---|---|---|---|
| **CASE NUMBER** | 07 C 6621 | **DATE** | 1/30/2008 |
| **CASE TITLE** | Jason Mandik vs. Baja Fresh Niles | | |

**DOCKET ENTRY TEXT**

On Plaintiff's oral motion, the above cause is dismissed without prejudice, with leave to reinstate within thirty (30) days. Status hearing stricken.

Docketing to mail notices.

| | Courtroom Deputy Initials: | ETV |
|---|---|---|